IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DR. DOUGLAS B. REYNOLDS,
4832 Palo Verde Ave. Apt A
Fairbanks, Alaska 99709
Plaintiff,

vs.

UNIVERSITY OF ALASKA,
2025 Yukon Drive, Fairbanks, AK 99775
Defendant.

Case No.

RECEIVED
OCT 18 2021
Clerk, U.S. District Court
Fairbanks, AK

4:21-cv-00024-RRB

## COMPLAINT

COMES NOW the Plaintiff, Douglas B. Reynolds, *pro se* and hereby alleges:

1. Plaintiff Dr. Douglas B. Reynolds is a resident of the State of Alaska, residing in the Fourth Judicial District.

2. Defendant University of Alaska is a public land-grant research University in College, Alaska, a suburb of Fairbanks in the Fourth Judicial District, State of Alaska..

3. On or about January 29, 2021, Plaintiff Dr. Douglas B. Reynolds received a Notice of Termination of Employment for Just Cause from Dr. Mark Herrmann, Dean, University of Alaska Fairbanks School of Management.

4. The Notice of Termination of Employment claimed that Dr. Douglas B. Reynolds failed to follow requirements in a June 3, 2020 letter; Dr. Reynolds failed to work with eCampus; responded disrespectfully with student; failed to comply with post tenure review file submission requirements; and did not respond honestly during the investigative process.

5. The Notice of Termination claimed that the Defendant engaged in progressive discipline. This is not the case.

6. Dr. Douglas B. Reynolds received a response to his Step 1 grievance on March 26, 2021, affirming the termination.

7. Dr. Douglas B. Reynolds received a response to his Step 2 grievance on May 5, 2021.

8. Dr. Douglas B. Reynolds was never formally notified by his Union that it would not proceed beyond the Step 2 grievance, and has only been lead to believe the Union will not proceed beyond the Step 2 grievance based on its inaction.

9. Dr. Douglas B. Reynolds filed a complaint with the U.S. Equal Employment Opportunity Commission in June of 2020. On July 20, 2021, Plaintiff received a dismissal and notice of rights from the U.S. Equal Employment Opportunity Commission that he must file a lawsuit in federal or state court within 90 days of receipt of the notice. This complaint is timely based on the date of the notice.

10.. Dr. Douglas B. Reynolds was not terminated for just cause.

11. Dr. Douglas B. Reynolds was born on December 18, 1959. He will be 62 years old this December.

12. The University had no actual justification for terminating Dr. Douglas B. Reynolds' employment as a professor. The University failed to follow its own policies and procedures, did not afford Dr. Douglas B. Reynolds due process, and terminated Dr. Douglas B. Reynolds as a professor at the University of Alaska Fairbanks School of Management without actual case.

13. Plaintiff (and the Court) can come to only one conclusion as to why he was terminated. Dr. Douglas B. Reynolds was terminated from his employment as a professor at the University of Alaska, Fairbanks School of Management because of his age.

## COUNT I – AGE DISCRIMINATION IN VIOLATION OF STATE AND FEDERAL CONSTITUTIONS

14. Plaintiff incorporates the preceding paragraphs as though set forth below in full.

15. Defendant terminated Dr. Douglas B. Reynolds from his employment as a tenured professor without any actual basis and without just cause. Defendant terminated Dr. Douglas B. Reynolds due to his age.

16. Dr. Reynolds worked with eCampus and got verbal approval for his class and written approval through the eCampus web site of listed distance offerings. Dr. Reynolds worked with eCampus in the exact same manner as younger faculty have worked with it and in the exact same manner as he worked with the former office of electronic distance education 15 years prior, but his current effort was deemed insufficient a clear difference in judgment of job by age. Dr. Reynolds followed specific documents for approval of classes that younger workers use, but which is considered not sufficient for an older faculty.

17. Dr. Reynolds used short sentences with students that are similar to short sentences used by younger faculty, but the Dr. Reynolds short sentences were deemed inappropriate, whereas similar short sentences by younger faculty are deemed okay. That is a clear difference in judgment of job by age.

18. Dr. Reynolds used the explicit instructions given for putting together a tenure review file where younger workers were given more help and given the documentation needed that was not given to Dr. Reynolds, a clear difference in management of the tenure file process by age.

19. Defendant's actions violated the State and Federal Constitutions regarding equal protection and discrimination.

20. Plaintiff has lost in excess of $100,000.00 due to his wrongful termination contrary to the equal protection and anti-discrimination sections of the United States and Alaska Constitutions, and should receive in excess of $100,000.00 for his losses. Plaintiff should also be

returned to his employment as a tenured professor at the University of Alaska, Fairbanks School of Management.

## COUNT II – WRONGFUL TERMINATION

21. Plaintiff incorporates the preceding paragraphs as though set forth below in full.

22. Defendant wrongfully terminated Plaintiff for illegal reasons. Defendant did not have just cause to terminate Dr. Douglas B. Reynolds as a tenured professor. Defendant did not follow its own policies and procedures when terminating Dr. Douglas B. Reynolds as a tenured professor at the University of Alaska, Fairbanks School of Management.

23. Plaintiff has lost in excess of $100,000.00 due to his wrongful termination contrary to the equal protection and anti-discrimination sections of the United States and Alaska Constitutions, and should receive in excess of $100,000.00 for his losses. Plaintiff should also be returned to his employment as a tenured professor at the University of Alaska, Fairbanks School of Management.

## COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

24. Plaintiffs incorporate the preceding paragraphs as though set forth below in full.

25. Defendant wrongfully terminated Plaintiff for illegal reasons. Defendant did not have just cause to terminate Dr. Douglas B. Reynolds as a tenured professor. Defendant did not follow its own policies and procedures when terminating Dr. Douglas B. Reynolds as a tenured professor at the University of Alaska, Fairbanks School of Management.

26. Defendant loved his job and Defendant knew this. Defendant did not treat Dr. Douglas B. Reynolds with any decency or respect. Defendant intentionally caused Dr. Douglas B. Reynolds emotional distress.

27. Defendant is liable to Plaintiff for damages in excess of $100,000 for emotional distress.

### COUNT IV – PUNITIVE DAMAGES

28. Plaintiff incorporates the preceding paragraphs as though set forth below in full.

29. Defendant wrongfully terminated Plaintiff for illegal reasons. Defendant did not have just cause to terminate Dr. Douglas B. Reynolds as a tenured professor. Defendant did not follow its own policies and procedures when terminating Dr. Douglas B. Reynolds as a tenured professor at the University of Alaska, Fairbanks School of Management.

30. Defendant's actions of wrongfully terminating Dr. Douglas B. Reynolds for illegal reasons evidence reckless indifference to the interests of Plaintiff.

31. Defendant is liable to Plaintiff for punitive damages in excess of $100,000, with the exact amount to be determined at trial.

**WHEREFORE**, Plaintiff prays this court enter judgment against Defendant University of Alaska as follows

1. For damages in an amount to be determined at trial for age discrimination, violation of equal protection, wrongful termination, and emotional distress.

2. For punitive damages in excess of $100,000.

3. For pre and post judgment interest.

4. For the costs of this action.

5. For attorney's fees as provided by statute and rule.

6. For such other, and further, relief as this Court deems to be appropriate.

DATED and SUBMITTED this __18__ day of October, 2021, at Fairbanks, Alaska.

*/s/ Douglas B. Reynolds*
Dr. Douglas B. Reynolds

Reynolds vs. UAF
Case No.
Page 5 of 5

Case 4:21-cv-00024-RRB   Document 1   Filed 10/18/21   Page 5 of 6

Doug Reynolds
4832 Palo Verde Ave APT A
Fairbanks, AK 99709

U.S. District Court of Alaska
101 12th Ave. Rm. 332
Fairbanks, AK 99701

RECEIVED
18 2021
Clerk, U.S. District Court
Fai