# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| DOUGLAS B. REYNOLDS<br>*Plaintiff*<br>v.<br>UNITVERSITY OF ALASKA<br>*Defendant* | )<br>)<br>) Civil Action No. 4:21-cv-00024-SAO<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed with prejudice.

APPROVED:

**s/Scott Oravec**
Scott A. Oravec
United States Magistrate Judge

Date: November 3, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*